ACCEPTED
01-15-00240-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00240-CR

| | | |
|---|---|---|
| **OSCAR RENE RIVERA** | § | **IN THE FIRST DISTRICT** |
| | § | |
| **VS.** | § | **COURT OF APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **OF TEXAS** |

FILED
1st COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 8:00:00 AM
CHRISTOPHER A. PRINE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT OF APPEALS:

COMES NOW Oscar Rene Rivera, Appellant, by and though his undersigned attorney of record, and files this Motion to Extend Time to File Appellant's brief herein, and as sufficient cause therefore shows the following facts within the personal knowledge of Appellant's attorney:

I.

Appellant was indicted for the felony offense of Sexual Assault of a Child. Appellant pled not guilty and proceeded to trial. The trial jury found Appellant guilty and sentenced him to serve 8 years in prison. Appellant filed timely written notice of appeal.

II.

On April 27, 2015, Appellant's attorney received notice from this Honorable Court of Appeals that Appellant's complete trial record had been filed with the Court, making Appellant's brief due on or before May 27, 2015.

1

III.

Appellant's attorney hereby requests that the due date for Appellant's brief be extended by a period of 30 days until June 26, 2015. This is Appellant's first request for an extension in this matter.

IV.

The facts relied upon to reasonably explain the need for the requested extension are as follows:

Appellant's attorney is a solo practitioner who has had a full schedule of daily court appearances on numerous pending felony cases since April 15, 2015. In addition, during this same time period Appellant's attorney was involved in pre-trial preparations and a subsequent three day jury trial in a felony case, as well as in pre-trial preparations in four other pending felony trial cases. Further, during this same time period Appellant's attorney was involved in reviewing records and researching points of error in seven other pending direct appeals.

Given the foregoing facts, Appellant's attorney did not have adequate time available to properly review the appellate record, fully research potential points of error, and draft and file an appropriate appellate brief on Appellant's behalf by the current due date of May 27, 2015.

WHEREFORE, ALL PREMISES CONSIDERED, Appellant prays that this Honorable Court of Appeals will grant this motion and extend the time to file Appellant's brief for a period of 30 days to June 26, 2015.

Respectfully Submitted,

*/s/ Randall J. Ayers*

_____

Randall J. Ayers
Attorney for Appellant
State Bar #01465950
P.O. Box 1569
Houston, Texas 77251-1569
rjayerslaw@comcast.net (e-mail)
281-493-6333 (office)
281-493-9609 (fax)

## CERTIFICATE OF SERVICE

I certify that I served the foregoing motion on the District Attorney of Harris County, Texas, by sending a copy to Mr. Alan Curry, Chief of the Appellate Division, Harris County District Attorney's Office, via electronic service to **curry_alan@dao.hctx.net** on May 31, 2015.

*/s/ Randall J. Ayers*

_____
Randall J. Ayers
Attorney for Appellant
State Bar #01465950
P.O. Box 1569
Houston, Texas 77251-1569
rjayerslaw@comcast.net (e-mail)
281-493-6333 (office)
281-493-9609 (fax)

## CERTIFICATE OF COMPLIANCE

Pursuant to the provisions of Rule 9(i)(3) of the Texas Rules of Appellate Procedure I certify that this document contains **531** words.

*/s/ Randall J. Ayers*

_____
Randall J. Ayers
Attorney for Appellant
State Bar #01465950
P.O. Box 1569
Houston, Texas 77251-1569
rjayerslaw@comcast.net (e-mail)
281-493-6333 (office)
281-493-9609 (fax)